UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2007 MAR 20  AM 11: 27
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. 06-301 |
| v. | * | SECTION: K |
| LOUIS JOHNSON, ET AL | * | |

\* \* \*

## ORDER

Having considered the motion of the United States to unseal the indictment;

**IT IS HEREBY ORDERED** that the Clerk of Court for the Eastern District of Louisiana unseal the indictment in the above-captioned case.

New Orleans, Louisiana, this 20th day of March, 2007.

_____
UNITED STATES MAGISTRATE JUDGE