UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL DOCKET NO. 06-301** |
| v. | * | SECTION: "K" |
| **GREGORY MORRIS** | * | |
| **JAVAUGHN JOSEPH** | | |
| **RANCE MELANCON** | * | |

* * *

## ORDER

Having considered the motion of the United States to unseal the indictment,

**IT IS HEREBY ORDERED** that the Clerk of Court for the Eastern District of Louisiana unseal all pleadings relating to the guilty pleas of defendants **RANCE MELANCON, GREGORY MORRIS,** and **JAVAUGHN JOSEPH** in the above-captioned case.

New Orleans, Louisiana, this 17th day of November, 2008.

_____
HONORABLE STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
_/_ CtRmDep_____
___ Doc. No_____